```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23125
   BRENIA L TYLER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5535

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was confirmed 02/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 07/16/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
 FIFTH THIRD BANK           UNSECURED       NOT FILED          .00           .00
 CAPITAL ONE                UNSECURED         868.36           .00           .00
 CITICORP CREDIT SERVICES   UNSECURED       NOT FILED          .00           .00
 CITICORP CREDIT SERVICES   UNSECURED       NOT FILED          .00           .00
 CITICORP CREDIT SERVICES   UNSECURED       NOT FILED          .00           .00
 DISCOVER FINANCIAL SERVI   UNSECURED        3196.78           .00           .00
 EAST SIDE LENDERS          UNSECURED       NOT FILED          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        5432.64           .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        1312.75           .00           .00
 LOAN POINT USA             UNSECURED       NOT FILED          .00           .00
 MACYS RETAIL HOLDINGS      UNSECURED         952.99           .00           .00
 PAYDAY ONE                 UNSECURED       NOT FILED          .00           .00
 PAY DAY LOAN STORE         UNSECURED       NOT FILED          .00           .00
 CITIMORTGAGE INC           NOTICE ONLY    NOT FILED           .00           .00
 AMERICAN GENERAL FINANCE   SECURED            300.00         6.75         38.54
 AMERICAN GENERAL FINANCE   UNSECURED          466.91          .00           .00
 CITIFINANCIAL              SECURED           4525.00       107.47        194.06
 CITIFINANCIAL              UNSECURED       NOT FILED          .00           .00
 COOK COUNTY TREASURER      SECURED           1039.00          .00         45.00
 CITIFINANCIAL INC          CURRENT MORTG       .00            .00           .00
 CITIFINANCIAL INC          MORTGAGE ARRE       .00            .00           .00
 CITIMORTGAGE INC           CURRENT MORTG       .00            .00           .00
 CITIMORTGAGE INC           MORTGAGE ARRE       .00            .00           .00
 ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     10.50            .00         10.50
 CITI MORTGAGE              UNSECURED       NOT FILED          .00           .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                      361.87
 TOM VAUGHN                 TRUSTEE                                        66.45
 DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 23125 BRENIA L TYLER
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    830.64

PRIORITY                                                              10.50
SECURED                                                              277.60
    INTEREST                                                         114.22
UNSECURED                                                               .00
ADMINISTRATIVE                                                       361.87
TRUSTEE COMPENSATION                                                  66.45
DEBTOR REFUND                                                           .00
                                    ---------------        ---------------
TOTALS                                     830.64                    830.64
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE